**Daniel L. Harralson, SBN #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: LUIS ARMANDO ROMERO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>LUIS ARMANDO ROMERO, JR.<br><br>          Defendant. | Case No.  1:21-CR-00106-NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE: ORDER** |

**TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE SHEILA K. OBERTO, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY;**

   **COMES NOW**, Defendant, **LUIS ARMANDO ROMERO, JR.**, by and through his counsel of record, Daniel L. Harralson, and at the request Pretrial Services, hereby moves the Court to modify MR. ROMERO'S Pretrial Service's supervision.  Defendant, LUIS ARMANDO ROMERO, JR. is currently subject to location monitoring under Home Detention. Defendant has been under Pretrial Services Supervision since August 23, 2021. Per Pretrial Services Office, Mark De La Torre, he has been compliant under supervision, and responsive to Pretrial Services. He is proactive with his supervision, has been drug testing and submitting all negative tests, and has shown he is determined to remain complaint with his conditions of release.   Mr. De La Torre has opined that the appropriate modification would be from Home Incarceration to Curfew.   Mr. De La Torre stated that he has reached out to Assistant United States Attorney, Antonio Pataca, who stated that the Government had no objection to a

1

& 7:00 pm – 6:00 pm Curfew.  Accordingly, the Parties request that the Court Amend the Conditions of Release to remove Home Incarceration and amend Condition 7(o) as follows:

-You must participate in the following location monitoring program component and abide by all the requirements of the program, which include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devise as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined the by pretrial services officer; **CURFEW;** You must remain inside your residence every day from 7:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

-All prior orders remain in effect.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated October 11, 2021            /s/
                                   Daniel L. Harralson
                                   Attorney for Defendant:
                                   LUIS ARMANDO ROMERO


Dated October 11, 2021            /s/
                                   AUSA Antonio Pataca
                                   McGREGOR W. SCOTT
                                   United States Attorney

2

# ORDER
-----

*IT IS HEREBY ORDERED*.  That LUIS ARMANDO ROMERO, JR. Pretrial Services Supervision be modified. MR. ROMERO must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 7(o) which is modified by removing the Home Incarceration requirement and adding a **CURFEW**:

You must remain inside your residence every day from 7:00 pm -6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

-All prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 13, 2021**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE