**Daniel L. Harralson, SBN #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: LUIS ARMANDO ROMERO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00106 NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE: ORDER** |
| v. | |
| LUIS ARMANDO ROMERO, JR. | |
| Defendant. | |

**TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE SHEILA K. OBERTO, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY;**

 **COMES NOW**, Defendant, **LUIS ARMANDO ROMERO, JR.**, by and through his counsel of record, Daniel L. Harralson, and with the concurrence of, Pretrial Services, hereby moves the Court to modify MR. ROMERO'S Pretrial Service's supervision.  Defendant, LUIS ARMANDO ROMERO, JR. is currently subject to a No Contact Order with respect to his girlfriend, Jhoana Karina Arciga since August 23, 2021. This No Contact Order is erroneously in place based upon the belief that Defendant is subject to a Merced County Superior Court Protective Order prohibiting him from contact of any kind with Jhoana Karina Arciga.

 Merced County Superior Court MINUTE ORDERS from December 3, 2019 and May 12, 2021, both providing that Defendant may have peaceful contact with his girlfriend, Jhoana Karina Arciga.

 Per Pretrial Services Office, Mark De La Torre, Defendant has been compliant under

1

supervision, and responsive to Pretrial Services. He is proactive with his supervision, has been drug testing and submitting all negative tests, and has shown he is determined to remain compliant with his conditions of release.

Assistant United States Attorney, Antonio Pataca, has stated that the Government has no objection to Modifying the Pretrial Release Order to allow peaceful contact between Defendant and his girlfriend, Jhoana Karina Arciga.  Accordingly, the Parties request that the Court Amend the Conditions of Release as follows:

-Defendant is allowed peaceful contact with Jhoana Karina Arciga because, since December 3, 2019, the Orders of the Stanislaus Superior Court have allowed peaceful contact between Defendant and Jhoana Karina Arciga

-All prior orders remain in effect.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated November 5, 2021                    /s/ Daniel L. Harralson
                                          Daniel L. Harralson
                                          Attorney for Defendant:
                                          Luis Armando Romero


Dated November 5, 2021                    /s/ Antonio Pataca
                                          AUSA Antonio Pataca
                                          McGREGOR W. SCOTT
                                          United States Attorney

# ORDER

-----

**IT IS HEREBY ORDERED**.  That LUIS ARMANDO ROMERO, JR. Pretrial Services Supervision be modified. MR. ROMERO must abide by all terms and conditions of the current Order Setting Conditions of Release except that he may have lawful peaceful contact with Jhoana Karina Arciga

-All prior orders remain in full force and effect.

DATED: 11/9/2021

*/s/Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE