**Daniel L. Harralson, SBN #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: LUIS ARMANDO ROMERO, JR.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LUIS ARMANDO ROMERO, JR.<br><br>                              Defendant. | Case No.  1:21-CR-00106 NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE: AND ORDER** |

**TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE SHEILA K. OBERTO, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY;**

 **COMES NOW**, Defendant, **LUIS ARMANDO ROMERO, JR.**, by and through his counsel of record, Daniel L. Harralson, and with the concurrence of, Pretrial Services, hereby moves the Court to modify MR. ROMERO'S Pretrial Service's supervision.  Defendant, LUIS ARMANDO ROMERO, JR. is currently subject to wearing an ankle monitor as a condition of release.

Per Pretrial Services Office, Anthony Perez, Defendant has been compliant under supervision, and responsive to Pretrial Services. He is proactive with his supervision, has been drug testing and submitting all negative tests, and has shown he is determined to remain complaint with his conditions of release.

1

Assistant United States Attorney, Antonio Pataca, has stated that the Government has no objection to Modifying the Pretrial Release Order to allow Mr. Romero to remain out of custody without the necessity of an ankle monitor. Accordingly, the Parties request that the Court Amend the Conditions of Release as follows:

-Defendant is allowed to remain out of custody without the necessity of an ankle monitor.

-All prior orders remain in effect.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated July 18, 2022           /s/ Daniel L. Harralson
                              Daniel L. Harralson, Esq.
                              Attorney for Defendant


Dated July 18, 2022            /s/ Antonio Pataca
                              AUSA Antonio Pataca
                              McGREGOR W. SCOTT
                              United States Attorney

2

# ORDER

*IT IS HEREBY ORDERED*. That LUIS ARMANDO ROMERO, JR. Pretrial Services Supervision be modified. MR. ROMERO must abide by all terms and conditions of the current Order Setting Conditions of Release except that he may remain out of custody without the necessity of an ankle monitor. All prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated: __July 18, 2022__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE