PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS ARMANDO ROMERO JR,

Defendant.

CASE NO. 1:21-CR-00106-JLT-SKO

STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on November 14, 2023, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for October 30, 2023, at 10:00 a.m.
2. The United States and defendant, request that the Court vacate the current trial date and trial confirmation hearing and set this matter for a change of plea hearing on November 13, 2023. No exclusion of time is necessary as time was previously excluded up to and including November 14, 2023.

IT IS SO STIPULATED.

Dated: October 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 6, 2023

/s/ *Daniel Harralson*
DANIEL HARRALSON
Counsel for Defendant
LUIS ARMANDO ROMERO JR.

**ORDER**

IT IS SO ORDERED.

DATED: 10/6/2023

Sheila K. Oberto
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE