**Daniel L. Harralson, SBN #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: LUIS ARMANDO ROMERO, JR.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00106 JLT SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | Sentencing Date: March 25, 2024 |
| LUIS ARMANDO ROMERO, JR. | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **March 25, 2024, at 10:00 a.m.**, **may be continued to May 28, 2024, at 10:00 am., in Department 4 of the United States District Court.**

The continuance is requested by counsel for Defendant, Luis Romero, to allow additional time for the preparation of the Informal and Formal Objections and a Defense Sentencing Memorandum.

\\\
\\\
\\\

1

**IT IS SO STIPULATED.**

Dated February 29, 2024                /s/ Daniel L. Harralson
                                       Daniel L. Harralson, Esq.
                                       Attorney for Defendant


Dated February 29, 2024                 /s/ Antonio Pataca
                                       AUSA Antonio Pataca
                                       McGREGOR W. SCOTT
                                       United States Attorney

-----------------------------------------------------------------------

# ORDER
-----

  *IT IS HEREBY ORDERED*.  That the Sentencing Hearing of March 25, 2024, at 10:00 a.m., be continued to May 28, 2024, at 9:00 a.m.

IT IS SO ORDERED.

  Dated:   **February 29, 2024**                    _____
                                                    UNITED STATES DISTRICT JUDGE

2