**Daniel L. Harralson, SBN #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For; Defendant Luis Armando Romero, Jr.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>LUIS ARMANDO ROMERO, JR.<br><br>                                    Defendant. | Case No.  1:21-CR-00106-JLT-SKO-1<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Sentencing Date: May 28, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4 Honorable Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for **May 28, 2024, at 9:00 a.m.**, **may be continued to July 15, 2024, at 9:00 am., in Department 4 of the United States District Court.**

The continuance is requested by counsel for Defendant, Luis Armando Romero, Jr. to allow additional time for the preparation of the Defense Sentencing Memorandum.

\\\
\\\
\\\

**IT IS SO STIPULATED.**

                                    Law Office of Daniel L. Harralson

Dated: May 17, 2024              /s/ Daniel L. Harralson
                                       DANIEL L. HARRALSON, ESQ.
                                       Attorney for Defendant Luis Armando Romero, Jr.

                                       PHILIP A. TALBERT
                                       United States Attorney

Dated: May 17, 2024              /s/ Antonio J. Pataca
                                       ANTONIO J. PATACA
                                       Assistant United States Attorney

-------------------------------------------

# ORDER

*IT IS HEREBY ORDERED*.  That the Sentencing Hearing of May 28, 2024, at 9:00 a.m., be continued to July 15, 2024 at 9:00am.

IT IS SO ORDERED.

Dated: **May 17, 2024**                                                                   
UNITED STATES DISTRICT JUDGE